UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION


FILED
2021 JAN -7 AM 9: 51

UNITED STATES OF AMERICA

v.                                            CASE NO. 5:21-cr-2-Oc-28PRL
                                               26 U.S.C. § 5861(d)

JESUS MORENO-ADAME

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about October 26, 2020, in the Middle District of Florida, the defendant,

JESUS MORENO-ADAME,

did knowingly possess a firearm, that is: a weapon made from a shotgun which has an overall length of less than 26 inches and a barrel of less than 18 inches in length, as defined by 26 U.S.C. § 5845(a)(2), which was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5841.

In violation of 26 U.S.C. §§ 5841, 5861(d) and 5871.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 26 U.S.C. § 5872, 49 U.S.C. § 80303 and 28 U.S.C. §2461(c).

2. Upon conviction of a violation of 26 U.S.C. § 5861, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms (including silencers) involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away such firearm.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
William S. Hamilton
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
January 21

No. 20-1-43

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

JESUS MORENO-ADAME

## INDICTMENT

Violations:   26 U.S.C. § 5861(d)

A true bill,

_____
Foreperson

Filed in open court this 6th day

of January, 2021.

_____
Clerk

Bail $_____

GPO 863 525